FILED

09/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0250

# IN THE SUPREME COURT FOR THE STATE OF MONTANA

## No. DA 23-0250

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

RONALD L. GOLAS,

     Defendant and Appellant.

## ORDER

Upon consideration of Defendant and Appellant's Motion For Extension Of Time, and with good cause shown, Defendant and Appellant Ronald Golas is hereby granted an extension of time until September 13, 2024 in which to prepare, file and serve Defendant and Appellant's reply brief.

No further extensions will be granted.

Motion for Extension Time

Electronically Signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 6 2024